No. 483, October Term, 1957. SPEISER *v.* RANDALL, ASSESSOR OF CONTRA COSTA COUNTY, CALIFORNIA; and
No. 484, October Term, 1957. PRINCE *v.* CITY AND COUNTY OF SAN FRANCISCO, 357 U. S. 513. Rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 649, October Term, 1957. LOCAL 174 AND JOINT COUNCIL No. 28 OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, ET AL. *v.* SELLES, 356 U. S. 975. Rehearing denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application.

No. 189, October Term, 1957. KNAPP *v.* SCHWEITZER, JUDGE OF THE COURT OF GENERAL SESSIONS, ET AL., 357 U. S. 371;
No. 305, October Term, 1957. LOCAL 140 SECURITY FUND *v.* HACK, TRUSTEE IN BANKRUPTCY, ET AL., 355 U. S. 833;
No. 892, October Term, 1957. BERGE *v.* NATIONAL BULK CARRIERS, INC., ET AL., 356 U. S. 958; and
No. 226, Misc., October Term, 1955. LISTER *v.* MCLEOD, WARDEN, 350 U. S. 917. Motions for leave to file petitions for rehearing denied.

OCTOBER 20, 1958.

